Douglas A. Winthrop (No. 183532)
douglas.winthrop@arnoldporter.com
Nina Leviten (No. 351970)
nina.leviten@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone:   415-471-3100
Facsimile:   415-571-3400

Alex Beroukhim (No. 220722)
alex.beroukhim@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   213-243-4000
Facsimile:   213-243-4199

Attorneys for Defendant
FLOCK GROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANIEL JAVORSKY and ANTHONY MAYOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOCK GROUP INC.,<br><br>Defendant. | Case No. 4:26-cv-2382-HSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          Case No. 4:26-cv-2382-HSG

Plaintiffs Daniel Javorsky and Anthony Mayor, individually and on behalf of all others similarly situated, and Defendant Flock Group Inc. (together, "the Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows pursuant to Civil Local Rule 6-1(a):

WHEREAS, Plaintiffs filed their original complaint in this matter in the Superior Court of the State of California for the County of San Francisco, Case No. CGC-26-634334, on February 26, 2026;

WHEREAS, Plaintiffs served the Summons and Complaint on Defendant on March 13, 2026;

WHEREAS, Defendant removed the case to this Court on March 18, 2026 (ECF 1);

WHEREAS, Defendant's deadline to respond to the complaint is April 3, 2026;

WHEREAS, the Parties have conferred about Defendant's April 3, 2026, deadline to respond to the Complaint;

WHEREAS, Plaintiffs have consented to extend Defendant's deadline to respond to the Complaint by 52 days, up to and including May 25, 2026;

WHEREAS, there have been no prior time modifications in this case, and this Stipulation will not affect the schedule for the case other than as described in this Stipulation;

WHEREAS, the Parties agree that this stipulation does not waive any claim, right, or defense.

NOW, THEREFORE, the Parties agree and stipulate that Defendant's deadline to respond to the Complaint is May 25, 2026.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          Case No. 4:26-cv-2382-HSG

Respectfully submitted,

Dated: March 30, 2026                    Arnold & Porter Kaye Scholer LLP

By:  /s/ Douglas A. Winthrop
     Douglas A. Winthrop
     Alex Beroukhim
     Nina Leviten

Attorneys for Defendant Flock Group Inc.

Dated: March 30, 2026                    Gibbs Mura LLP

By:  /s/ David M. Berger
     David M. Berger

Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT          Case No. 4:26-cv-2382-HSG

**ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

By: */s/ Douglas A. Winthrop*
   Douglas A. Winthrop

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT Case No. 4:26-cv-2382-HSG