UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL JAVORSKY, et al.    ,

Plaintiff(s),

v.

FLOCK GROUP INC.        ,

Defendant(s).

Case No. 4:26-cv-02382-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael Anthony Acciavatti , an active member in good standing of the bar of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs, Daniel Javorsky and Anthony Mayor in the above-entitled action. My local co-counsel in this case is Heather Lopez , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 354022 .

405 East 50th Street, New York, NY 10022
MY ADDRESS OF RECORD

(610) 842-5801
MY TELEPHONE # OF RECORD

macciavatti@milberg.com
MY EMAIL ADDRESS OF RECORD

280 S. Beverly Drive, PH, Beverly Hills, CA 90212
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(858) 209-6941
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hlopez@milberg.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 324112 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2026

Michael Anthony Acciavatti
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael Anthony Acciavatti is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/9/2026

_Haywood S. Gilliam, Jr._
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael Anthony Acciavatti, Esq.*

#### DATE OF ADMISSION

*October 26, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 21, 2026**

Nicole Traini
Chief Clerk