David M. Berger (SBN 277526)
Jennifer Sun (SBN 354276)
Kate Walford (SBN 362658)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Fax: (510) 350-9701
dmb@classlawgroup.com
jsun@classlawgroup.com
kgw@classlawgroup.com

*Counsel for Javorsky Plaintiffs in Case No.
3:26-cv-02382-VC*

J. Aaron Lawson (SBN 319306)
alawson@edelson.com
Schuyler Ufkes (*pro hac vice*)
sufkes@edelson.com
Mickey Terlep (SBN 367340)
mterlep@edelson.com
**EDELSON PC**
150 California St., 18th Floor San Francisco,
California 94111
Tel: (415) 212-9300

*Counsel for Eldridge Plaintiffs in Case No.
3:26-cv-02375-VC*

Douglas A. Winthrop (No. 183532)
douglas.winthrop@arnoldporter.com
Nina Leviten (No. 351970)
nina.leviten@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER
LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: 415-471-3100
Facsimile: 415-571-3400

*Counsel for Defendant Flock Group, Inc.*

Philip L. Fraietta (SBN 354768)
Julia K. Venditti (SBN 332688)
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
pfraietta@bursor.com
jvenditti@bursor.com

*Counsel for Dutcher Plaintiffs in Case No. 3:26-
cv-04100-VC*

[Additional counsel for parties listed on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DORIAN ELDRIGE and SILAS PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLOCK GROUP, INC.,<br><br>Defendant. | Case No. 3:26-cv-02375-VC<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES** |

| | |
|---|---|
| DANIEL JAVORSKY, ANTHONY MAYOR, BRENDAN WHITNEY, LARISSA CURSARO, SALVADOR CARNERO III, TIMOTHY AUMILLER, PHYLICIA APPLEWHITE, RYAN SMITH, SEAN AREND, and KYLE JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FLOCK GROUP, INC., d/b/a Flock Safety,<br><br>Defendant. | Case No. 3:26-cv-02382-VC |
| LANCE DUTCHER, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br>v.<br><br>FLOCK GROUP, INC., d/b/a Flock Safety, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:26-cv-04100-VC |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
3:26-cv-02382-VC

Pursuant to Civil Local Rules 3-12, 7-11, and 6-2, Plaintiffs in the above-captioned matters, *Javorsky et al. v. Flock Group, Inc.*, No. 4:26-cv-02382-VC ("*Javorsky*"), *Eldridge et al. v. Flock Group, Inc.*, No. 3:26-cv-02375-VC ("*Eldridge*"), and *Dutcher et al. v. Flock Group, Inc.*, No. 3:26-cv-04100-VC ("*Dutcher*"), together with Defendant Flock Group, Inc. stipulate and agree as follows:

WHEREAS, the *Eldridge* action was filed on February 18, 2026, in the Superior Court of California, County of Contra Costa and removed to this District on March 18, 2026;

WHEREAS, the *Javorsky* action was filed on February 26, 2026, in the Superior Court of California, County of San Francisco and removed to this District on March 18, 2026;

WHEREAS, the *Dutcher* action was filed on March 4, 2026, in the Superior Court of California, County of Los Angeles, removed to the Central District of California, ordered transferred to this District, and assigned a case number in this District on May 12, 2026;

WHEREAS, *Javorsky* and *Eldridge* Plaintiffs previously stipulated, and *Dutcher* Plaintiffs previously agreed, that Defendant's current deadline to respond to the respective complaints in all three actions would be May 25, 2026 (*Javorsky*, Dkt No. 13; *Eldridge*, Dkt No. 9);

WHEREAS, on April 3, 2026, *Javorsky* Plaintiffs filed an administrative motion in the *Eldridge* action to consider whether the two cases should be related (*Eldridge*, Dkt No. 18);

WHEREAS, on May 1, 2026, *Eldridge* Plaintiffs filed a motion to consolidate cases and to appoint interim class counsel in the *Eldridge*, *Javorsky*, and *Dutcher* actions (*Eldridge*, Dkt No. 22);

WHEREAS, on May 4, 2026, the *Eldridge* action was reassigned to Judge Chhabria (*Eldridge*, Dkt. No. 24);

WHEREAS, on May 6, 2026, *Eldridge* Plaintiffs re-noticed their motion to consolidate cases and appoint interim class counsel pursuant to the Court's reassignment order, which is currently pending before the Court and is set for hearing on June 25, 2026 at 10:00 a.m. (*Eldridge*, Dkt No. 25);

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
3:26-cv-02382-VC

WHEREAS, on May 8, 2026, Judge Chhabria granted *Javorsky* Plaintiffs' administrative motion, related the *Javorsky* and *Eldridge* actions, and reassigned the *Javorsky* action to this Court (*Eldridge*, Dkt No. 26; *Javorsky*, Dkt No. 29);

WHEREAS, on May 12, 2026, *Javorsky* Plaintiffs filed an administrative motion to consider whether the *Dutcher* action should also be related to the *Eldridge* and *Javorsky* actions, which is supported by counsel in Eldridge and Dutcher (*Eldridge*, Dkt. Nos. 27, 28; *Dutcher*, Dkt. No. 17);

WHEREAS, on May 27, 2026, Judge Chhabria granted Javorsky Plaintiffs' administrative motion, related the Dutcher and Eldridge actions, and reassigned the Dutcher action to this Court (Eldridge, Dkt No. 31; Dutcher, Dkt No. 19);

WHEREAS, counsel for all parties have conferred and agree that the *Javorsky*, *Eldridge*, and *Dutcher* actions should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a) because the actions involve the same or substantially similar questions of law and fact;

WHEREAS, counsel for all parties agree that (i) all three cases arise out of the same or similar issues and call for determination of the same or substantially similar questions of law; (ii) the plaintiffs in each case seek certification of the same or substantially similar classes of individuals, and (iii) the plaintiffs in each case seek substantially the same relief;

WHEREAS, counsel for all parties agree that consolidation of the *Javorsky*, *Eldridge*, and *Dutcher* actions would enable more efficient motion practice and discovery and would spare the Court's resources by eliminating the need to oversee multiple cases that will ultimately present largely identical factual and legal determinations;

WHEREAS, because the identity of interim class counsel will inform the preparation of the consolidated complaint, all Plaintiffs agree that the deadline for all Plaintiffs to file a consolidated complaint should be set following the Court's order appointing interim lead counsel.

**IT IS HEREBY STIPULATED AND AGREED,** and the Parties request, that the Court order the following:

2

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
3:26-cv-02382-VC

1.      Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions should be consolidated for all purposes into one action.

2.      The *Eldridge* action, Case No. 3:26-cv-02375-VC, shall be designated as the master docket for the consolidated actions. All future filings in the consolidated actions shall be made under Case No. 3:26-cv-02375-VC and shall bear the caption *In re: Flock Group Inc. Automated License Plate Reader Litigation*.

3.      Defendant need not serve a pleading responsive to the operative complaints in *Eldridge*, *Javorsky*, and *Dutcher* until the Court determines whether to consolidate these actions and appoints interim class counsel.

4.      If the Court consolidates the cases, the Parties will meet and confer and submit a joint proposed schedule for the filing of a consolidated complaint and Defendant's response thereto within seven (7) days of the Court's order appointing interim class counsel.

5.      If the Court declines to consolidate the cases, Defendant's response to each of the *Eldridge, Javorsky*, and *Dutcher* Plaintiffs' complaints shall be due 30 days after the entry of such an order.

**IT IS SO STIPULATED.**

Dated: May 27, 2026

> /s/ David M. Berger
> David M. Berger (SBN 277526)
> Jennifer Sun (SBN 354276)
> Kate Walford (SBN 362658)
> **GIBBS MURA LLP**
> 1111 Broadway, Suite 2100
> Oakland, CA 94607
> Telephone: (510) 350-9700
> Fax: (510) 350-9701
> dmb@classlawgroup.com
> jsun@classlawgroup.com
> kgw@classlawgroup.com
>
> Renner K. Walker (SBN 295889)
> Steven M. Nathan (SBN 153250)
> Gisela (Zelly) Rosa (*pro hac vice*)
> Jacob Leiken (*pro hac vice*)

3

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
3:26-cv-02382-VC

**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322
rwalker@hausfeld.com
snathan@hausfeld.com
zrosa@hausfeld.com
jleiken@hausfeld.com

Ida Abhari (SBN 346569)
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94104
iabhari@hausfeld.com

Mike Acciavatti (*pro hac vice*)
Heather M. Lopez (SBN 354022)
William Edelman (SBN 285177)
**Milberg PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (331) 240-3015
macciavatti@milberg.com
hmlopez@milberg.com
wedelman@milberg.com

*Counsel for Javorsky Plaintiffs*


/s/ Schuyler Ufkes
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
Schuyler Ufkes (*pro hac vice*)
sufkes@edelson.com
Mickey Terlep (SBN 367340)
mterlep@edelson.com
**EDELSON PC**
150 California St., 18th Floor San
Francisco, California 94111
Tel: (415) 212-9300

*Counsel for Eldridge Plaintiffs*

/s/ Philip L. Fraietta
Philip L. Fraietta (State Bar No. 354768)
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475

4

White Plains, NY 10606
Telephone: (914) 874-0708
E-mail: pfraietta@bursor.com

*Counsel for Dutcher Plaintiffs*

*/s/ Douglas A. Winthrop*
Douglas A. Winthrop (No. 183532)
douglas.winthrop@arnoldporter.com
Nina Leviten (No. 351970)
nina.leviten@arnoldporter.com
**ARNOLD & PORTER KAYE
SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: 415-471-3100
Facsimile: 415-571-3400

Alex Beroukhim (No. 220722)
alex.beroukhim@arnoldporter.com
**ARNOLD & PORTER KAYE
SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199

*Counsel for Defendant Flock Group, Inc.*

**ATTESTATION**

I hereby attest that each signatory listed above has concurred in the content and filing of this document.

Dated: May 27, 2026                    By: */s/ David M. Berger*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES
3:26-cv-02382-VC